| United States Bankruptcy Court<br>District of Kansas | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**PatientFirst Healthcare Alliance, PA** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**20-8100714** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**4801 College Blvd.**<br>**Leawood, KS**<br><br>ZIP Code<br>**66211-1602** | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Johnson** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ■ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13   ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    ■ Debts are primarily business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **PatientFirst Healthcare Alliance, PA** |

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)


_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **PatientFirst Healthcare Alliance, PA** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X  **/s/ John J. Cruciani KS**
Signature of Attorney for Debtor(s)

**John J. Cruciani KS 16883**
Printed Name of Attorney for Debtor(s)

**Husch Blackwell, LLP**
Firm Name

**4801 Main Street**
**Suite 1000**
**Kansas City, MO 64112**

Address

**Email: john.cruciani@huschblackwell.com**
**(816) 983-8000  Fax: (816) 983-8080**
Telephone Number

**December 31, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ Mauricio Garcia-Ramirez, M. D.**
Signature of Authorized Individual

**Mauricio Garcia-Ramirez, M. D.**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**December 31, 2010**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

# United States Bankruptcy Court
## District of Kansas

In re   **PatientFirst Healthcare Alliance, PA** _____    Case No. _____

                                            Debtor(s)           Chapter     **11** _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

      Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Steve D. Waldman, M. D.**<br>**11600 Manor**<br>**Leawood, KS 66211-3008** | **Steve D. Waldman, M. D.**<br>**11600 Manor**<br>**Leawood, KS 66211-3008** | **Second Amended Promissory Note; Original Note dated 01/01/07** | **Contingent Unliquidated Disputed** | **2,836,862.00** |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com            Best Case Bankruptcy

In re   **PatientFirst Healthcare Alliance, PA**                           Case No. _____

                          Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

       I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **December 31, 2010**  _____        Signature  **/s/ Mauricio Garcia-Ramirez, M. D.**
                                                       **Mauricio Garcia-Ramirez, M. D.**
                                                       **President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                Best Case Bankruptcy

# United States Bankruptcy Court
## District of Kansas

In re    **PatientFirst Healthcare Alliance, PA**

_____,
Debtor

Case No. _____

Chapter _____ **11** _____

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Arthur Allen, M. D. | 2.67% | 4 Units | |
| Charles Donohoe, M. D. | 4.00% | 6 Units | |
| Danny Bennett, M. D. | 2.67% | 4 Units | |
| Frederick Thompson | 1.33% | 2 Units | |
| Gordon Kelley, M. D. | 0.67% | 1 Unit | |
| Howard Waldman, M. D., D. O. | 4.00% | 6 Units | |
| James Brannon, M. D. | 1.33% | 2 Units | |
| James Mirabile, M. D. | 2.67% | 4 Units | |
| John Romito, M. D. | 1.33% | 2 Units | |
| Mark Greenfield, M. D. | 4.00% | 6 Units | |
| Mauricio Garcia-Ramirez, M. D. | 64.00% | 96 Units | |
| Mike Ryan, M. D. | 2.67% | 4 Units | |
| Robert Trout, M. D. | 0.67% | 1 Unit | |
| Roxane Bremen, M. D. | 1.33% | 2 Units | |
| Treasury Shares | 6.67% | 10 Units | |

**0** continuation sheets attached to List of Equity Security Holders

In re    **PatientFirst Healthcare Alliance, PA**                                            Case No. _____

_____,
                                            Debtor


# DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.


Date___**December 31, 2010**_____         Signature_**/s/ Mauricio Garcia-Ramirez, M. D.**_____
                                                     **Mauricio Garcia-Ramirez, M. D.**
                                                     **President**


*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

# United States Bankruptcy Court
## District of Kansas

In re   **PatientFirst Healthcare Alliance, PA**

Debtor(s)

Case No.

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **PatientFirst Healthcare Alliance, PA** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

December 31, 2010

Date

/s/ John J. Cruciani KS

**John J. Cruciani KS 16883**
Signature of Attorney or Litigant
Counsel for   **PatientFirst Healthcare Alliance, PA**
**Husch Blackwell, LLP**
**4801 Main Street**
**Suite 1000**
**Kansas City, MO 64112**
**(816) 983-8000 Fax:(816) 983-8080**
**john.cruciani@huschblackwell.com**

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

**United States Bankruptcy Court**
**District of Kansas**

In re    **PatientFirst Healthcare Alliance, PA**
_____
                              Debtor(s)

Case No. _____
Chapter    **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **December 31, 2010**
_____

**/s/ Mauricio Garcia-Ramirez, M. D.**
_____
**Mauricio Garcia-Ramirez, M. D./President**
Signer/Title

Software Copyright (c) 1996-2010 Best Case Solutions  - Evanston, IL - bestcase.com

Best Case Bankruptcy

```
Internal Revenue Service
Insolvency Operations
PO Box 21126
Philadelphia PA 19114

Internal Revenue Service
Insolvency Operations
P. O. Box 7346
Philadelphia PA 19101-7346

Roger Templin
Payne & Jones Chartered - Law Offices
11000 King St.
Overland Park KS 66210

Steve D. Waldman, M. D.
11600 Manor
Leawood KS 66211-3008
```

# RESOLUTION OF THE BOARD OF DIRECTORS OF
## PATIENTFIRST HEALTHCARE ALLIANCE, PA

A specially convened meeting of the Board of Directors of PatientFirst Healthcare Alliance, PA ("Company") was held at 1:00 p.m. on the 27th day of December, 2010, at the Company offices. The meeting was called to order by the Chairman of the Board of Directors and it was noted that a quorum of the Board of Directors was present and participating. It was noted that one of the purposes of the meeting was to discuss the filing of a Chapter 11 Petition and retention of the firm, Husch Blackwell LLP, to file and represent Company in same. After due discussion and deliberation, the following resolution was presented.

"RESOLVED, that the Board of Directors of the Company authorizes and approves the filing of the Voluntary Petition for relief on behalf of the Company under Chapter 11 of Title 11 of United States Code in the United States Bankruptcy Court for the District Kansas.

FURTHER RESOLVED, that the President, and any Vice President and any Secretary or Assistant Secretary of the Company are hereby authorized to execute and file on the Company's behalf, a Petition for relief under Chapter 11, Title 11 of the United States Code in the United States Bankruptcy Court of the District of Kansas, and take any and all action in said proceedings and execute such agreements, documents and instruments as may be necessary or proper on behalf of the Company.

FURTHER RESOLVED, that the firm of Husch Blackwell LLP is hereby retained to act on behalf of the Company in connection with such proceedings."

The President then moved for the adoption of the Resolution, the motion was seconded, and was passed by a vote of __5__ in favor of the Resolution and a vote of __0__ against the Resolution.

The meeting was then adjourned.

_____
Mauricio Garcia, Director

_____
Robert Trout, Director

_____
Mark Greenfield, Director

Mauricio Garcia states that he is the duly elected and acting Chairman of the Board of Directors of Company, and that the foregoing is a true and correct copy of the minutes of the meeting of the Board of Directors of Company related to the business set forth herein, held at 1:00 p.m. on the 27th day of December, 2010.

_____
Mauricio Garcia,
Chairman/President of the Board of
Directors

ATTEST:

_____
Secretary

## SHAREHOLDER APPROVAL OF
## PATIENTFIRST HEALTHCARE ALLIANCE, PA

A specially convened meeting of the shareholders of PatientFirst Healthcare Alliance, PA ("Company") was held at 9:00 a.m. on the 30th day of December, 2010, at the Company offices. The meeting was called to order by the President and it was noted that a majority of the shareholders were present and participating. It was noted that one of the purposes of the meeting was to discuss the filing of a Chapter 11 Petition and retention of the firm, Husch Blackwell LLP, to file and represent Company in same. It was noted that on December 27, 2010, the Board of Directors unanimously passed a resolution providing for the filing of a Chapter 11 Petition and retention of the firm, Husch Blackwell LLP, to file and represent Company in same. It was further noted that on December 27, 2010, both the Board of Managers of Doctors Hospital, LLC, and the Board of Directors of The Headache and Pain Center, PA. also unanimously passed resolutions providing for the filing of Chapter 11 Petitions and the retention of the firm, Husch Blackwell LLP, to file and represent such companies in same. After due discussion and deliberation, the following action pursuant to the Shareholders Agreement was approved by the shareholders noted below:

THE BELOW SHAREHOLDERS of the Company authorize and approve the filing of the Voluntary Petition for relief on behalf of the Company under Chapter 11 of Title 11 of United States Code in the United States Bankruptcy Court for the District Kansas.

The following shareholders hereby approve the action set forth herein.

_____
[James Brown], Shareholder

_____
[Robert Trist], Shareholder

_____
[MA GREENFIELD], Shareholder

_____
[Mauricio Garcia], Shareholder

_____
[Howard Hold], Shareholder

_____
[                ], Shareholder

_____
[                ], Shareholder

_____
[                ], Shareholder

## MEMBER AND STOCKHOLDER CONSENT OF
## PATIENTFIRST HEALTHCARE ALLIANCE, PA

PatientFirst Healthcare Alliance, PA, the sole member of Doctors Hospital, LLC, and the sole stockholder of The Headache and Pain Center, PA, hereby approves the filing of the Voluntary Petitions for relief of Doctors Hospital, LLC and The Headache & Pain Center, PA under Chapter 11 of Title 11 of United States Code in the United States Bankruptcy Court for the District Kansas.

Dated this 30th day of December, 2010.

PatientFirst Healthcare Alliance, PA,
Sole Member of Doctors Hospital, LLC, and
Sole Stockholder of The Headache & Pain Center,
PA

By:_____
Mauricio Garcia, President